| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Samantha M. Corbin** | Social Security number or ITIN | **xxx–xx–5249** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN | _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter 13 | **7/10/19** |
| Case number: | **19–19321** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Samantha M. Corbin | |
| 2. | **All other names used in the last 8 years** | aka Samantha Marie Corbin | |
| 3. | **Address** | 1838 Stockton Drive<br>Hoffman Estates, IL 60169 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 7/11/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 6, 2019 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/7/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/18/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/6/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The hearing on confirmation will be held on: **8/29/19** at **10:30 AM** , Location: **219 South Dearborn, Courtroom 744, Chicago, IL 60604.** The debtor has not filed a plan as of this date. A copy of the plan will be sent separately.<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                             Case No. 19-19321-TAB
Samantha M. Corbin                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kkrystave          Page 1 of 2          Date Rcvd: Jul 11, 2019
                              Form ID: 309I            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
```
db            +Samantha M. Corbin,    1838 Stockton Drive,    Hoffman Estates, IL 60169-6841
28001264      +American Family Insurance,    6000 American Parkway,    Madison, WI 53783-0002
28001270      +Banquet Financial,    607 E. Dundee Ave., Unit A,    Elgin, IL 60120-3820
28001272       City of Chicago Dept. of Revenue,    Camera Enforcement Violation,    PO Box 88292,
                Chicago, IL 60680-1292
28001295      +City of Chicago Parking,    Department of Finance,    P. O. Box 6330,    Chicago, IL 60680-6330
28001296      +City of Maywood,    40 Madison,    Maywood, IL 60153-2323
28001297      +College of DuPage,    425 Fawell Blvd.,    Glen Ellyn, IL 60137-6599
28001298       College of Lake County,    2322 N. Green Bay Rd.,    Waukegan, IL 60087-4209
28001300       Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 6113,
                Carol Stream, IL 60197-6113
28001303      +Elgin Community College,    SRC Bldg., Student Acct.,    1700 Spartan Dr.,    Elgin, IL 60123-7189
28001304      +Harper College,    1200 W. Algonquin Road,    Palatine, IL 60067-7398
28001308      +Illinois Tollway,    PO Box 5544,    Chicago, IL 60680-5491
28001309      +Piotr & Anna Bartoszek,    c/o George LaCorte pc,    6713 N Oliphant,    Chicago, IL 60631-1337
28001310      +Reza Baniassadi,    c/o Mohammad R Baniassadi,    180 N LaSalle, 1921,    Chicago, IL 60601-2605
28001312      +Secretary of State (C61579390696),    Attn: Bankruptcy Department,    PO Box 7848,
                Madison, WI 53707-7848
28001313       Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
28001316       The Illinois Tollway,    2700 West Ogden Avenue,    Downers Grove, IL 60515-1703
28001317      +Triangle Auto Sales,    933 Villa Street,    Elgin, IL 60120-8172
28001318      +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: davidsiegelbk@gmail.com Jul 12 2019 10:28:50     David M Siegel,
                David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr            +E-mail/Text: courtnotices@chi13.com Jul 12 2019 10:39:17      Marilyn O Marshall,
                224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust           +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jul 12 2019 10:39:21      Patrick S Layng,
                Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                Chicago, IL 60604-2027
28001269      +EDI: CINGMIDLAND.COM Jul 12 2019 04:58:00      AT&T,    Bankruptcy Department,
                5407 Andrew Highway,    Midland, TX 79706-2851
28001266      +E-mail/Text: cashnotices@gmail.com Jul 12 2019 10:40:28      AmeriCash Loans,
                Bankruptcy Department,    PO Box 184,    Des Plaines, IL 60016-0003
28001265       EDI: AIS.COM Jul 12 2019 04:58:00      American InfoSource,    PO Box 248848,
                Oklahoma City, OK 73124-8848
28001267      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jul 12 2019 10:40:42      Armor Systms,    1700 Kiefer Drive,
                Zion, IL 60099-5105
28001268      +EDI: PHINHARRIS Jul 12 2019 04:58:00      Arnold Scott Harris, P.C.,
                111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
28001271      +E-mail/Text: opportunitynotices@gmail.com Jul 12 2019 10:40:08      Brandon S. Lefkowitz, Attorney at L,
                24100 Southfield Road,    Suite 203,    Southfield, MI 48075-2851
28001299       EDI: COMCASTCBLCENT Jul 12 2019 04:58:00      Comcast,    PO Box 3002,
                Southeastern, PA 19398-3002
28001301      +E-mail/Text: compliance@contractcallers.com Jul 12 2019 10:40:51      Contract Callers Inc.,
                501 Greene Street,    3rd Floor Suite 302,    Augusta, GA 30901-4415
28001302      +EDI: CCS.COM Jul 12 2019 04:58:00      Credit Collection Services,    PO Box 447,
                Norwood, MA 02062-0447
28001314       EDI: NEXTEL.COM Jul 12 2019 04:58:00      Sprint Nextel Correspondence,    Attn: Bankruptcy Dept.,
                PO BOX 7949,    Overland Park, KS 66207
28001311      +EDI: DRIV.COM Jul 12 2019 04:58:00      Santander Consumer USA,    Bankruptcy Department,
                PO BOX 961245,    Fort Worth, TX 76161-0244
28001315       EDI: AIS.COM Jul 12 2019 04:58:00      T Mobile Wireless,    Attn: Bankruptcy Dept.,
                4515 N santa Fe Ave,    Oklahoma City, OK 73118-7901
28001319      +E-mail/Text: ryoung@hpil.org Jul 12 2019 10:39:07      Village of Hanover Park,
                2121 W. Lake St.,    Hanover Park, IL 60133-4398
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28001320         Village of Roselle,IL, Police Depar
28001263      ##+Altran Education, Inc.,    840 S Frontage Road,    Woodridge, IL 60517-4900
                                                                                             TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: kkrystave              Page 2 of 2                  Date Rcvd: Jul 11, 2019
                               Form ID: 309I                Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Samantha M. Corbin davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```