# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 19321 |
| Samantha M. Corbin ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan, Ste 800, Chicago, IL 60604;

David M. Siegel, Law Office of David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090; Representing Debtor

See attached service list.

Please take notice that on April 16, 2020, at 1:30 p.m. I shall appear before the Honorable Judge Timothy A. Barnes in Courtroom 744 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

That a party who objects to the motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor  and to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 3, 2020.


   /s/ *Alexander Nohr*
Attorney for the Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-19321<br>Northern District of Illinois<br>Eastern Division<br>Fri Apr  3 11:30:53 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T<br>Bankruptcy Department<br>5407 Andrew Highway<br>Midland, TX 79706-2851 |
| Altran Education, Inc.<br>840 S Frontage Road<br>Woodridge, IL 60517-4900 | AmeriCash Loans<br>Bankruptcy Department<br>PO Box 184<br>Des Plaines, IL 60016-0003 | AmeriCash Loans, L.L.C.<br>P.O. Box 1728<br>Des Plaines, IL 60017-1728 |
| American Family Insurance<br>6000 American Parkway<br>Madison, WI 53783-0002 | American InfoSource<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Armor Systms<br>1700 Kiefer Drive<br>Zion, IL 60099-5105 |
| Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd. Ste. 600<br>Chicago, IL 60604-3517 | Banquet Financial<br>607 E. Dundee Ave., Unit A<br>Elgin, IL 60120-3820 | Brandon S. Lefkowitz<br>29777 Telegraph Rd<br>Suite 2440<br>Southfield, MI 48034-7667 |
| Brandon S. Lefkowitz, Attorney at L<br>24100 Southfield Road<br>Suite 203<br>Southfield, MI 48075-2851 | City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604-3517 | City of Chicago Dept. of Revenue<br>Camera Enforcement Violation<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| City of Chicago Parking<br>Department of Finance<br>P. O. Box 6330<br>Chicago, IL 60680-6330 | City of Maywood<br>40 Madison<br>Maywood, IL 60153-2323 | College of DuPage<br>425 Fawell Blvd.<br>Glen Ellyn, IL 60137-6599 |
| College of Lake County<br>2322 N. Green Bay Rd.<br>Waukegan, IL 60087-4209 | Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 |
| Commonwealth Edison-Care Center<br>Bankruptcy Department<br>PO Box 6113<br>Carol Stream, IL 60197-6113 | Contract Callers Inc.<br>501 Greene Street<br>3rd Floor Suite 302<br>Augusta, GA 30901-4415 | Credit Collection Services<br>PO Box 447<br>Norwood, MA 02062-0447 |
| Elgin Community College<br>SRC Bldg., Student Acct.<br>1700 Spartan Dr.<br>Elgin, IL 60123-7189 | Harper College<br>1200 W. Algonquin Road<br>Palatine, IL 60067-7398 | Illinois Tollway<br>PO Box 5544<br>Chicago, IL 60680-5491 |
| Piotr & Anna Bartoszek<br>c/o George LaCorte pc<br>6713 N Oliphant<br>Chicago, IL 60631-1337 | Reza Baniassadi<br>c/o Mohammad R Baniassadi<br>180 N LaSalle, 1921<br>Chicago, IL 60601-2605 | Santander Consumer USA<br>Bankruptcy Department<br>PO BOX 961245<br>Fort Worth, TX 76161-0244 |

```
Secretary of State (c61579390696)       Secretary of State License Renewal     (p)SPRINT NEXTEL CORRESPONDENCE
Attn: Bankruptcy Department             3701 Winchester Road                   ATTN BANKRUPTCY DEPT
PO Box 7848                             Springfield, IL 62707-9700             PO BOX 7949
Madison, WI 53707-7848                                                         OVERLAND PARK KS 66207-0949


T Mobile Wireless                       T Mobile/T-Mobile USA Inc              The Illinois Tollway
Attn: Bankruptcy Dept.                  by American InfoSource as agent        2700 West Ogden Avenue
4515 N santa Fe Ave                     4515 N Santa Fe Ave                    Downers Grove, IL 60515-1703
Oklahoma City, OK 73118-7901            Oklahoma City, OK 73118-7901


Triangle Auto Sales                     UNITED STATES DEPARTMENT OF EDUCATION  Us Dept Of Ed/glelsi
933 Villa Street                        CLAIMS FILING UNIT                     2401 International Lane
Elgin, IL 60120-8172                    PO BOX 8973                            Madison, WI 53704-3121
                                        MADISON, WI 53708-8973


Village of Hanover Park                 David M Siegel                         Marilyn O Marshall
2121 W. Lake St.                        David M. Siegel & Associates           224 South Michigan Ste 800
Hanover Park, IL 60133-4398             790 Chaddick Drive                     Chicago, IL 60604-2503
                                        Wheeling, IL 60090-6005


Patrick S Layng                         Samantha M. Corbin
Office of the U.S. Trustee, Region 11   525 N. Quentin Road, Apt. 308
219 S Dearborn St                       Palatine, IL 60067-2321
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Sprint Corp                             (d)Sprint Nextel Correspondence
Attn: Bankruptcy                        Attn: Bankruptcy Dept.
PO BOX 7949                             PO BOX 7949
Overland Park, KS 66207                 Overland Park, KS 66207
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Village of Roselle,IL, Police Depar  End of Label Matrix
                                        Mailable recipients    43
                                        Bypassed recipients     1
                                        Total                  44
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 19321 |
| Samantha M. Corbin ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### MOTION TO SUBSTITUTE THE SEMRAD LAW FIRM, LLC AS ATTORNEYS FOR DEBTOR

The Law Offices of The Semrad Law Firm, LLC, having been retained by the Debtor, and having been requested by the Debtor in this case for representation in these proceedings, respectfully moving this Honorable Court to enter an Order for substitution of attorneys to The Semrad Law Firm, LLC, states as follows:

1. On July 10, 2019, Debtor filed a petition for relief pursuant to Chapter 13, Title 11 of the United States Code.

2. This Honorable Court confirmed this case on October 3, 2019.

3. David M. Siegel is currently listed as attorney of record representing Debtor.

4. Debtor has approached the Law Offices of The Semrad Law Firm, LLC, for representation in bankruptcy proceedings. Debtor wants new counsel representation in her bankruptcy proceedings and wishes to convert to a Chapter 7.

5. Debtor, and The Semrad Law Firm, LLC, respectfully requests that the attorneys of record in this proceeding and future proceedings for case 19 B 19321 be substituted with The Semrad Law Firm, LLC.

WHEREFORE, the Debtor and The Semrad Law Firm, LLC, pray this Honorable Court for the following relief:

A. That this Honorable Court enter an Order that David M. Siegel as current attorney of record for Debtor is substituted by The Semrad Law Firm, LLC, as Debtor's new

      attorneys of record; and

    B.    That this Honorable Court Order any further relief as the Court may deem fair and proper.

Respectfully submitted,

/s/ *Alexander Nohr*\_\_\_\_
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625